

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2019

No. 04-19-00364-CV

**TEXAS RESEARCH AND TECHNOLOGY FOUNDATION**,
Appellant

v.

**VINTAGE OAKS, L.L.C.**,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 18-06-25023-CV
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

The parties have filed a joint motion to abate or to extend the deadlines in this appeal for an additional thirty days. The parties assert the extension is necessary to finalize a settlement of all issues in the case, and further assert they intend to file an agreed motion to dispose of the appeal by the end of the thirty-day period.

We grant the motion. We order that either a motion disposing of this appeal or appellant's brief is due **August 20, 2019**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court